JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, | Case No. 2:17-cv-04004-JLS-KES |
| Petitioner, | |
| v. | JUDGMENT |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.

DATED: June 18, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE